FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 6 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

MARTIN BRILL,

                **Defendant.**
-----------------------------------------------------------x

**ORDER**
**99-CR-0827(NG)(CLP)**

**GERSHON, United States District Judge:**

By Report and Recommendation (R&R) of June 7, 2007, Magistrate Judge Cheryl L. Pollak has recommended that defendant Brill's motion to modify his restitution repayment schedule be denied in its entirety. I have carefully reviewed defendant's objections to the R&R and now adopt it fully. Judge Pollak's decision is thorough and well-reasoned in every respect. It sensitively addresses the issues and accurately reflects the court's concerns at the time of sentencing that full restitution to the victims be assured. The motion is therefore denied.

                                        SO ORDERED.
                                        s/NG

                                        **NINA GERSHON**
                                        **United States District Judge**

Dated: August 2, 2007
       Brooklyn, New York